UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | **'08 MJ 1991** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Jorge Bladimir ALFARO,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **June 27, 2008** within the Southern District of California, defendant, **Jorge Bladimir ALFARO,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **JUNE, 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Jorge Bladimir ALFARO

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On June 27, 2008, at approximately 4:45 PM, Border Patrol Agent K. Squires was performing her duties in the El Cajon area of operations. At that time, Agent Squires was advised of a seismic sensor activation in the area known as "The Cemetery," which is approximately 100 yards north of the United States/Mexico International Boundary, and one mile east of the Tecate, California Port of Entry.

Upon arriving in the area, Agent Squires observed 14 attempting to conceal themselves in the brush. Agent Squires approached the 14 individuals, including one later identified as the defendant, **Jorge Bladimir ALFARO**, and identified herself as a Border Patrol Agent and questioned them regarding their citizenship, nationality and immigration documentation. All 14 individuals, including the defendant, admitted to having entered the United States without inspection, and that they were citizens and nationals of Mexico. They also stated that they were not in possession of immigration documents that would allow them to enter or remain in the United States legally. At approximately 4:50 PM, Agent Squires arrested all 14 individuals, including the defendant, and they were transported to the Tecate Processing Center for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 25, 2004**, through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on June 29, 2008 at 9:30 a.m.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **June 27, 2008**, in violation of Title 8, United States Code, Section 1326.

Barbara L. Major
United States Magistrate Judge

6/28/08 at 9:37am
Date/Time