| | |
|---|---|
| 1 | **TIMOTHY R. GARRISON** |
|  | California State Bar No. 228105 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|  | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
|  | Telephone No. (619) 234-8467 |
| 4 | Email: timothy_garrison@fd.org |
| 5 | Attorneys for Mr. Alfaro |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1991 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JORGE BLADIMIR ALFARO, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: July 8, 2008          /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: July 8, 2008

    /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)